UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL HARRISON and**
**ROBYN HARRISON,**

**Plaintiffs,**                                              CASE NO.: 8:24-cv-1610 – WFJ-NHA

-vs

**UNITED STATES OF AMERICA,**

**Defendant.**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**

**Intervenor.**
_____/

### ORDER APPROVING SETTLEMENT AND DISMISSING INTERVENOR'S CASE

THIS CAUSE being before this Honorable Court based upon the Parties, Intervenor, State Farm Mutual Automobile Insurance Company and Defendant, United States of America, Joint Notice of Settlement (Dkt. 26), and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** as follows:

The Stipulation of Compromise Settlement and Release of Claims entered into between the parties (Dkt. 30) is hereby approved.   The Parties are directed to comply with the terms of the Stipulation.

Intervenor's Complaint against the Defendant is hereby dismissed, with prejudice, each side to bear their own costs, expenses and attorney's fees. **This Order does relate to the Complaint filed by the Plaintiffs, the Harrisons.**

**DONE and ORDERED** in at Tampa, Florida, in the Middle District of Florida, this 29th day of April, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of Record